PROB 12C
(6/16)

Report Date: November 22, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin Alberto Escarciga Leal          Case Number: 0980 4:19CR06067-SAB-1

Address of Offender: Currently in custody at Benton County Jail since October 24, 2019.

Name of Sentencing Judicial Officer:  The Honorable Carol E. Jackson, U.S. District Judge
Name of Reassigned Judicial Officer:  The Honorable Jon A. Ross, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: July 10, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1) | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | To be assigned | Date Supervision Commenced: March 30, 2018 |
| Defense Attorney: | To be assigned | Date Supervision Expires: March 29, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state of local crime.<br><br>**Supporting Evidence**: Mr. Escarciga Leal is alleged to have committed a new crime of Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine, 5 Kilograms More of Cocaine and 1 Kilogram or More of Heroin under docket number 4:19CR06061-SAB-2.<br><br>On March 30, 2018, Mr. Escarciga Leal's supervision was set to commence in the Eastern District of Missouri, but he was deported to Mexico, on March 31, 2018. Mr. Escarciga Leal allegedly returned to the United States and was again deported on June 23, 2018, but was not charged with a new crime.<br><br>On October 25, 2019, an indictment was filed in the Eastern District of Washington charging Mr. Escarciga Leal with Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine, 5 Kilograms More of Cocaine and 1 Kilogram or More of Heroin under docket number 4:19CR06061-SAB-2. Mr. Escarciga Leal had his initial appearance on October 25, 2019. He remains in custody pending these charges. |

2    **Special Condition #6**: If you are ordered deported from the United States, you must remain outside the United States unless legally authorized to re-enter. If you re-enter the United States, you must report to the nearest probation office within 72 hours after you return.

**Supporting Evidence**: Mr. Escarciga Leal is alleged to have failed to report to the U.S. Probation Office within 72 hours after returning to the United States on or before October 24, 2019.

On March 30, 2018, Mr. Escarciga Leal's supervision was set to commence in the Eastern District of Missouri, but he was deported to Mexico, on March 31, 2018. Mr. Escarciga Leal allegedly returned to the United States and was again deported on June 23, 2018, but was not charged with a new crime.

According to the pretrial services report dated November 19, 2019, records indicate Mr. Escarciga Leal received an infraction for speeding on May 24, 2019, in Kittitas County, Washington.

On October 24, 2019, Mr. Escarciga Leal was arrested at 43405 North 280 PR North East in Benton City, Washington, on the above-noted charges. Mr. Escarciga Leal failed to report to the nearest probation office upon his return to the United States as ordered by the Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 22, 2019

s/Jose Zepeda

Jose Zepeda
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/22/2019

Date